

FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

NOV - 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | VIOLATION NO. 05-50036 CMK |
| | ) | |
| Plaintiff, | ) | **ORDER TO APPEAR** |
| | ) | |
| vs. | ) | |
| Benjamin Gasperetti | ) | 2:05 - MJ - 0322  DAD |
| | ) | |
| Defendant. | ) | |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on December 14, 2005 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 11-1-05

_____
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:   Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
      Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
      Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of
          Probation Cause)
      Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)

AO 254 (Rev. 8/92)

## UNITED STATES MAGISTRATE JUDGE TRIAL DOCKET SHEET

Docket Number: 05-50036

**OFFENSE:** ☐ Petty   ☑ Misdemeanor

Description: Possess Controlled Substance

Place: Whiskeytown
Date: 8/20/2005

U.S.C./C.F.R. Citation: 21 USC 844(a)

**DEFENDANT**
GASPERETTI, Benjamin
1267 East Street
Redding, CA 96001

### INITIATING DOCUMENT
☐ Violation Notice   ☑ Complaint   ☐ Information
Number: 05-50036/CA75
Date Issued: 9/13/2005

ARREST WARRANT — Date Issued: ___   Date of Arrest: ___

If Prosecution from Another District, Give District Name: ___

### INITIAL APPEARANCE
Date: 9/13/2005
Tape Number: ___

APPEARED: ☑ Voluntarily  ☐ In Custody
Arresting Officer: ___

BAIL: Amount Set $ ___

**PROCEEDINGS CONTINUED**
To (date): ~~10-4-05-11am~~  11-1-05  12-14-05
Reason: Continued Arraignment
Continued Arraignment Sacramento — Defendant

Date: ___   Tape Number: ___   Verbatim Record ☐ Waived

Testifying Officer or Complainant: declined to consent

Attorney for U.S.: Mike Martin

Attorney for Defendant: Aaron Williams — Relieved as Counsel 11-7-05

☑ C.J.A.   ☐ Pub. Def.   ☐ Retained   ☐ Waived

### PLEA AND TRIAL

**PLEA**
☐ Not Guilty
☐ Guilty
☐ Nolo Contendere

**DISPOSITION**
☐ Dismissed   ☐ Collateral forfeited $ ___
☐ Not Guilty
☐ Guilty

TRIAL (if any)   ☐ Jury   ☐ Non-Jury

### SENTENCE
☐ Presentence Investigation Ordered

Date (If different from plea or trial): ___

FINE $ ___   Receipt No. ___   Date Committed to Custody ___

### APPEAL
Date Filed: ___   Bail Pending $ ___

Certified to be an accurate record of proceedings conducted before the Magistrate Judge ___

City Location of Magistrate Judge: ___

(Magistrate Judge or Deputy Clerk)   (Date)