1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  MATTHEW S. BLOCK
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2806

6

7              THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,      )   CR. NO. S-05-543 DAD
                                  )
10          Plaintiff,             )   GOVERNMENT'S MOTION TO DISMISS
                                  )   INFORMATION
11     v.                          )
                                  )
12  BENJAMIN J. GASPERETTI,        )
                                  )   DATE: January 24, 2006
13          Defendant.             )   TIME: 10:00 a.m.
                                  )   JUDGE: Hon. Dale A. Drozd
14 ─────────────────────────────

15     Pursuant to Rule 48(a) of the Federal Rules of Criminal

16 Procedure, plaintiff United States of America, by and through its

17 undersigned attorney, hereby moves this Honorable Court for an

18 Order dismissing with prejudice, CR. NO. S-05-543 DAD.

19 DATED: January 10, 2006            MCGREGOR W. SCOTT
                                      United States Attorney
20

21                                    By: /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
22                                        Assistant U.S. Attorney

23                                    ORDER

24 IT IS SO ORDERED:

25 DATED: January 10, 2006

26

27 ─────────────────────────
   HON. DALE A. DROZD
28 United States Magistrate Judge